**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAVID HANEY,

    Plaintiff,                             Case No. 16-cv-13227

    v.                                      District Judge Nancy G. Edmunds

DR. ROBERT CROMPTON, et al.         Magistrate Judge Mona K. Majzoub

    Defendants.
_____/

**REPORT AND RECOMMENDATION**

       Plaintiff David Haney filed this *pro se* civil rights matter against Nicki Monroe, Addie Briske, Vicki Jensen, Deborah Swickley, Bridget Ball, Jennifer Russell, and Jack Bellinger, who are employees of the Michigan Department of Corrections ("MDOC"), and Dr. Robert Crompton, who is employed by Corizon Health, Inc. (Docket no. 1.) Plaintiff claims that Defendants denied him adequate medical care in violation of the Eighth Amendment to the United States Constitution. (*Id.* at 3.)

       On April 11, 2019, the undersigned recommended that summary judgment be granted in favor of Defendants Monroe, Swickley, Ball, Bellinger and Crompton. (Docket no. 109.) On the same date, the Court notified Plaintiff that it intended to recommend that summary judgment also be granted as to Defendant Russell, who has yet to be served with the complaint or waive service. (Docket no. 109.) In the latter Order, the Court directed Plaintiff to submit a brief contending that the Court should not grant summary judgment for Defendant Russell, with such brief to be filed not later than thirty days from the date of the Order. (*Id.*)

1

On July 16, 2019, the Court adopted the April 11, 2019 Report and Recommendation, granting summary judgment in favor of all Defendants except Addie Briske and Vicki Jensen. (Docket no. 114.)

## I. RECOMMENDATION

For the reasons stated below, the undersigned recommends that the Court **GRANT** summary judgment in favor of Defendant Russell and **DISMISS** all claims against her.

## II. REPORT

As addressed in the undersigned's report and recommendation of April 11, 2019, the record before the Court does not support a deliberate indifference claim against Defendant Russell. (Docket no. 110.)

After giving notice and a reasonable time to respond, the court may grant summary judgment for a nonmovant. Fed. R. Civ. P. 56(f)(1).

On April 11, 2019, the undersigned notified Plaintiff of the Court's intent to recommend granting summary judgment against Defendant Russell. (Docket no. 109.) Plaintiff was given thirty days to file a brief opposing that intention. (*Id.*) As of the date of this Report and Recommendation, no such brief has been received. Accordingly, the undersigned recommends granting summary judgment in favor of Defendant Russell and dismissing all claims against her.

## III. NOTICE TO PARTIES REGARDING OBJECTIONS

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Eastern District of Michigan Local Rule 72.1(d). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Howard v. Sec'y of Health & Human Servs.,* 932 F.2d 505 (6th Cir. 1991);

*U.S. v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Filing of objections which raise some issues but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation. *Willis v. Sec'y of Health & Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n Of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

Any objections must be labeled as "Objection #1," "Objection #2," etc. Any objection must recite *precisely* the provision of this Report and Recommendation to which it pertains. Not later than fourteen days after service of an objection, the opposing party must file a concise response proportionate to the objections in length and complexity. The response must specifically address each issue raised in the objections, in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc.

Dated: July 31, 2019         s/ Mona K. Majzoub
                             MONA K. MAJZOUB
                             UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Report and Recommendation was served upon Plaintiff and counsel of record on this date.

Dated: July 31, 2019         s/Leanne Hosking
                             Case Manager